**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 22, 2024

Nathan Ochsner, Clerk

In     Emmanuel Hernandez and Marcela Hernandez
Re:    Debtor                                      Case No.: 17–50142

                                                   Chapter:  13

---

## ORDER RESETTING MOTION TO DISMISS

1.  The chapter 13 trustee's motion to dismiss is continued until 5/2/24 at 10:30 AM.

Signed and Entered on Docket: 2/22/24.

_____
Jeffrey P. Norman
United States Bankruptcy Judge